1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

8
9

NATHAN S. FORD, III,

10

              Plaintiff,

11

     v.

12

CAROLYN W. COLVIN, Acting
Commissioner of the Social Security
Administration,

13
14

              Defendant.

15

CASE NO. 2:15-cv-00319 JRC

ORDER ON STIPULATED MOTION
FOR EQUAL ACCESS TO JUSTICE
ACT FEES, EXPENSES, AND
COSTS

16       This Court has jurisdiction pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and Local

17 Magistrate Judge Rule MJR 13 (*see also* Notice of Initial Assignment to a U.S. Magistrate Judge

18 and Consent Form, Dkt. 3; Consent to Proceed Before a United States Magistrate Judge, Dkt. 4).

19 This matter is before the Court on plaintiff's Stipulated Motion for Attorney Fees, Expenses, and

20 Costs (*see* Dkt. 23).

21       Based on the Equal Access to Justice Act, 28 U.S.C. § 2412, ("EAJA"), the Stipulation of

22 the parties (*see* Dkt. 23), the attorney time, expense and costs itemizations (Dkt. 23, Attachments

23 2, 4, 5), and the relevant record, it is hereby ORDERED that EAJA attorney's fees of $7,587.20

24

1 and expenses in the amount of $11.37, shall be awarded to plaintiff pursuant to the EAJA and
2 consistent with *Astrue v. Ratliff*, 130 S.Ct. 2521, 2524, 2010 U.S. LEXIS 4763 at ***6-***7
3 (2010).

4     It is further ORDERED that costs in the amount of $451.39 shall be awarded to plaintiff
5 pursuant to 28 U.S.C. § 1920.

6     The Acting Commissioner agrees to contact the Department of Treasury after the Order
7 for EAJA fees and expenses and for costs is entered to determine if the EAJA fees and expenses
8 are subject to any offset. If it is determined that plaintiff's EAJA fees, expenses and costs are not
9 subject to any offset allowed pursuant to the Department of the Treasury's Offset Program, then
10 the check for EAJA fees, expenses and costs shall be made payable to Francisco Rodriguez,
11 Esq., based on plaintiff's assignment of these amounts to plaintiff's attorney (*see* Contract of
12 Employment, Dkt. 23, Attachment 3). If there is an offset, the remainder shall be made payable
13 to plaintiff, based on the practice of the Department of the Treasury (*see*, *e.g.,* Case No. 2:15-cv-
14 122, Dkt. 22, p. 4). Any check for EAJA fees, expenses and costs shall be mailed to plaintiff's
15 counsel, Francisco Rodriguez, Esq., at Law Office of Francisco Rodriguez, P.O. Box 31844,
16 Seattle, WA 98103.

17     Dated this 28th day of December, 2015.

J. Richard Creatura
United States Magistrate Judge

ORDER ON STIPULATED MOTION FOR EQUAL
ACCESS TO JUSTICE ACT FEES, EXPENSES,
AND COSTS - 2